IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAMES ADAM ROBERTS,

        Plaintiff,

v.                                       CIVIL ACTION NO. 2:15-cv-02268

M.O.C.C. CO ACE, et al.,

        Defendants.

# ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On July 22, 2016, Judge Tinsley submitted his Proposed Findings and Recommendation [ECF No. 5] ("PF&R"). The PF&R recommends that this case be **DISMISSED without prejudice** for failure to prosecute. No party filed objections to the PF&R.

This court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Because the parties have not filed objections, the court **ACCEPTS** and **INCORPORATES** the PF&R and orders judgment consistent therewith. Accordingly, the court **FINDS** that the plaintiff has wholly failed to

prosecute this civil action, and the court **ORDERS** that the case is hereby **DISMISSED without prejudice**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 14, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE